# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5043**

**September Term, 2024**

**1:24-cv-03215-UNA**

**Filed On:** July 25, 2025

JBG Smith Properties, LP First Residences,

      Appellee

    v.

Jordan Powell,

      Appellant

    v.

United States Small Business Administration,

      Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Katsas, Rao, and Walker, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's December 5, 2024 order remanding this case to the District of Columbia Superior Court be affirmed. Appellant has shown no error in the district court's conclusion that he failed to demonstrate that he is unable to enforce his rights in this case in the Superior Court. See Johnson v. Mississippi, 421 U.S. 213, 219 (1975).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Daniel J. Reidy
       Deputy Clerk